IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**MICHAEL B. WALKER,**                                   04-CV-980-AS

        Plaintiff,                               ORDER

v.

**STATE OF OREGON, et al.,**

        Defendants.


**MICHAEL B. WALKER**
510 Robin Hood Avenue
Lakeside, OR 97449
(541) 404-1111

        Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**LYNNE D. RENNICK**
Assistant Attorney General
433 West Tenth Avenue, Suite 102
Eugene, OR  97401
(541) 345-7200

      Attorneys for Defendants

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#45) on December 7, 2005, in which he recommended the Court grant Defendants' Unenumerated 12(b) Motion to Dismiss (#17) and dismiss this matter without prejudice.  Plaintiff filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).  This Court has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#45) and, accordingly, **GRANTS** Defendants' Unenumerated 12(b) Motion to Dismiss (#17) and **DISMISSES** this matter **without prejudice**.  The Court **DENIES** any remaining

2 - ORDER

motions.

    IT IS SO ORDERED.

    DATED this 13th day of March, 2006

                                    /s/ Anna J. Brown

                                    ANNA J. BROWN
                                    United States District Judge

3 - ORDER